MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
BRYCE ANDERSON, SB #036379
Bryce.Anderson@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants Costco Wholesale Corporation and*
*CEVA International, Inc.*

## UNTIED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Mehlschau, | No. 3:21-cv-08122-MTL |
| Plaintiff, | **NOTICE OF SETTLEMENT RELATED TO ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above-captioned action related to attorneys' fees and costs. Accordingly, Defendants' Motion for Attorneys' Fees (Doc. 30) and Bill of Costs (Doc. 31) are withdrawn.

DATED this 9th day of November, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *Matthew Kleifield*
Matthew D. Kleifield, Esq.
Bryce A. Anderson, Esq.
*Attorneys for Defendant Costco*
*Wholesale Corporation and CEVA*
*International, Inc.*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4885-2665-9902.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9th, 2022, I sent the attached document via e-mail to the following EM/ECF registrants:

Nicholas D. Patton, Esq.
Nick D. Patton, Attorney at Law, PLLC
2707 S. White Mountain Road, Ste. L
Show Low, Arizona  85901
nick@ndplawaz.com
*Attorneys for Plaintiff*


/s/ Allison E. Moore_____